ACCEPTED
06-14-00108-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/30/2015 1:42:49 PM
DEBBIE AUTREY
CLERK

No. 06-14-00108-CV

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

3/30/2015 1:42:49 PM

DEBBIE AUTREY
Clerk

MICHAEL WEAKS AND/OR ALL OCCUPANTS
*APPELLANTS*

VS.

FIRST HORIZON HOME LOANS A DIVISION OF FIRST TENNESSEE BANK
NATIONAL ASSOCIATION
*APPELLEE*

Appeal from the County Court at Law Number One (1)

Hunt County, Texas

Honorable Timothy S. Linden

Case Number: CC1400136

AGREED MOTION TO DISMISS APPEAL

LARRY W. GREEN, JR.
State Bar Card # 00792545
2507 Washington Street
P.O. Box 765
Greenville, Texas 75403-0765
903/455-1876
903/455-1710 (Telecopier)
lgreenjr@pgnwlaw.com
ATTORNEY FOR APPELLANTS

S:\LGJr_Assistant\WP Documents\TREM\Work\LGjr\10 General Litigation\Weaks, Michael and Christi\Agreed Mtn to Dismiss Appeal.wpd

## IN THE COURT OF APPEALS
## SIXTH DISTRICT OF TEXAS
## TEXARKANA, TEXAS

MICHAEL WEAKS and/or     §
ALL OCCUPANTS     §
    Appellants,     §
    §
    §
VS.     §     **CASE NO.**
    §     **06-14-00108-CV**
    §
FIRST HORIZON HOME LOANS     §
A DIVISION OF FIRST TENNESSEE     §
BANK NATIONAL ASSOCIATION     §
    Appellee.     §

## *AGREED MOTION TO DISMISS APPEAL*

Appellants move that the appeal be dismissed. The parties have entered into an agreement dated March 18, 2015 concerning the possession of the subject real property situated at 2230 Cam Drive, Lone Oak, Texas, formerly known as 4376 CR 3131, Lone Oak, Texas by Appellants pending the trial of the lawsuit styled *Michael Weaks and wife, Christi Dianne Weaks v. First Horizon Home Loans, et al.* under case no. 3:14-cv-03658-N in the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

PEMBERTON, GREEN, NEWCOMB & WEIS

BY:_____
LARRY W. GREEN, JR.
State Bar Card # 00792545
2507 Washington Street
P.O. Box 765
Greenville, Texas 75403-0765
903/455-1876
903/455-1710 (Telecopier)
lgreenjr@pgnwlaw.com
ATTORNEY FOR APPELLANTS

Accepted and Agreed to:

Chris Ferguson
ATTORNEY FOR APPELLEE
Dated: March 30, 2015

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following

counsel Chris Ferguson, attorney for Appellee, in accordance with Texas Rule of Appellate

Procedure 9.5, on the date shown.

Dated: March 30, 2015

Larry W. Green, Jr.

S:\LGJr_Assistant\WP Documents\TREM\Work\LGjr\10 General Litigation\Weaks, Michael and Christi\Agreed Mtn to Dismiss Appeal.wpd